UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES ELLIS (#300276)　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS

NO. 09-222-JJB-DLD

JAMES M. LEBLANC, ET AL

**ORDER**

For the written reasons assigned and filed herein:

IT IS ORDERED that the defendants' motion to dismiss is DENIED.

Baton Rouge, Louisiana, September 22, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA