UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES ELLIS  (#300276)

VERSUS                                                                         CIVIL ACTION

JAMES M. LEBLANC , ET AL                                      NUMBER 09-222-JJB-DLD

ORDER

Before the court is the plaintiff's Second Motion for Leave to File Second Supplemental and Amending Complaint.  Record document number 30.

IT IS ORDERED that within 15 days from the date of this order the plaintiff shall supplement his motion with a copy of the administrative grievance he submitted to prison officials which was accepted into the Administrative Remedy Procedure as LSP-2009-2987.

Signed in Baton Rouge, Louisiana, on March 9, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**